1  SULAIMAN LAW GROUP, LTD.
2  Alexander J. Taylor, Esq.
   California Bar No. 332334
3  2500 S. Highland Ave, Suite 200
4  Lombard, IL 60148
   Telephone: (630) 575-8181
5  Fax: (630) 575-8188
6  ataylor@sulaimanlaw.com
   *Attorney for the Plaintiff*
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEZEL D. PERKINS,<br><br>                    Plaintiff,<br><br>     v.<br><br>SENTRY CREDIT, INC.,<br><br>                    Defendant. | Case No. **2:24-cv-03388-AB-JPR**<br><br>**CERTFICATE OF SERVICE**<br><br>Complaint Filed: April 24, 2024 |

1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

**SERVED**

JEZEL D. PERKINS )
 )
 )
*Plaintiff(s)* )
 v. ) Civil Action No. 2:24-cv-03388 AB (JPRx)
 )
SENTRY CREDIT, INC. )
 )
 )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SENTRY CREDIT, INC.
c/o REGISTERED AGENT
CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DRIVE, SUITE 150
SACRAMENTO, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date: 4/25/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-03388 AB (JPRx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sentry Credit, Inc
was received by me on *(date)* 05/02/2024

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nicole Stauss, Authorized Agent for Service , who is designated by law to accept service of process on behalf of *(name of organization)* CSC-Lawyers Incorporating Service-2710 Gateway Oaks Drive, Ste 150 n, Sac., CA  on *(date)* 05/02/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 40.00 for travel and $ _____ for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 05/03/2024

*Server's signature*

Jenice Rossner, Process Server
*Printed name and title*

3104 O Street, #230
Sacramento, CA 95816

*Server's address*

Additional information regarding attempted service, etc:

DOCUMENTS SERVED:
Summons, Complaint; Notice of Assignment to United States Judges
Standing Order for Civil Case Assigned to Judge Birotte